**Order filed January 5, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00785-CV
_____

### WOODS MFI, LLC, Appellant

### V.

### PLAINSCAPITAL BANK, Appellee

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-01321**

---

## O R D E R

This is an appeal from a judgment signed June 21, 2016. Appellant timely filed a post judgment motion. The notice of appeal was due September 19, 2016. *See* Tex. R. App. P. 26.1. Appellant, however, filed its notice of appeal on September 28, 2016, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an

extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal by **January 15, 2017**. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM